**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 2 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-1425 WJ |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153, 2243(a) and 2246(2)(A): |
| ) | Sexual Abuse of a Minor or Ward. |
| **CLYDE PETERSON**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

From on or about June 1, 2014, and continuing to on or about August 31, 2014, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **CLYDE PETERSON**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, a child who had attained the age of twelve (12) years, but had not attained the age of sixteen (16), and who is at least four (4) years younger than the defendant, and the sexual act consisted of penetration, however slight, between the penis of the defendant and Jane Doe's vulva.

In violation of 18 U.S.C. §§ 1153, 2243(a) and 2246(2)(A).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_Elaine Ramirez_
Assistant United States Attorney
03/25/16 2:18PM